IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ERIC DAVID HARRIS a/k/a,**
**DAVID JOSEPH NORTHRUP,**

    **Plaintiff,**

vs.                                             **CASE NO. 5:10-cv-76/RS-MD**

**WALTER A. MCNEIL, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the letter from Mr. Jon D. Depriest (Doc. 37) which "mov[es] this honorable court to include my name to the names in case no. 5:10cv76-RS/MD." This letter shall be construed as a Motion to Intervene.

Because the case has been dismissed with prejudice and is now closed (*See* Doc. 34), the Motion to Intervene (Doc. 37) is **DENIED**.

**ORDERED** on June 16, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**